**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 3, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76613 | Demetrius Harbour vs. State of Missouri |
| WD77215 | Eric Neville Schaefer vs. State of Missouri |
| WD77219 | Maurice Glenn vs. State of Missouri |
| WD77374 | Rodney Ray Carpenter vs. State of Missouri |
| WD77455 | In Re the Matter of State of Missouri, Dept of Social Services, Family Support Division vs. Michael Shipley |
| WD77571 | Isiah Pickett vs. Jackson County Missouri |
| WD77584 | Robert L. Standley vs. Norfolk Southern Railway Company |
| WD77774 | Willie James Luckett vs. State of Missouri |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77069 | State of Missouri vs. Robert E. Seal |